

**The relief described hereinbelow is SO ORDERED.**

**Signed January 26, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-50883 |
| RRNB 1290, LLC, | |
| DEBTOR. | CHAPTER 11 CASE |
| SECURITY STATE BANK & TRUST,<br>        Movant, | |
| VS. | |
| RRNB 1290, LLC,<br>        Respondent. | |

### AGREED ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE

Security State Bank & Trust ("SSBT"), a Texas Bank, has filed its Amended Motion to Convert Chapter 11 Case to Chapter 7 Case or Dismiss With Prejudice ("Motion"). RRNB 1290, LLC ("Debtor") has filed its Response.

At the hearing on the Motion, SSBT and Debtor appeared by counsel and announced the agreement that this Chapter 11 case be dismissed with prejudice for 180 days.

1

Having reviewed the agreement, the Court finds that it should be approved and the Chapter 11 case dismissed with prejudice for 180 days.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Chapter 11 case of RRNB 1290, LLC is dismissed with prejudice to the refiling of any case under Title 11, United States Code. The Clerk's Office is instructed to REFUSE any future filings for 180 days from the date of this Order.

# # #

APPROVED:

WARREN, DRUGAN & BARROWS, P.C.
800 Broadway, Suite 200
San Antonio, Texas 78215
Telephone: (210) 226-4131
Facsimile: (210) 224-6488

By: _____Robert L. Barrows  01833500_____
    rbarrows@wdblaw.com

*Attorneys for Security State Bank & Trust*


VILLA & WHITE, LLP
1100 NW Loop 410, Suite 802
San Antonio, Texas 78213
Telephone: (210) 225-4500
Facsimile: (210) 212-4649

By: _____[signature]_____ (with permission)
    Morris E. "Trey" White, III   24003162
    treywhite@villawhite.com

*Attorneys for Debtor*

**Bookkeeping**

| | |
|---|---|
| **From:** | Trey White <treywhite@villawhite.com> |
| **Sent:** | Monday, January 25, 2021 2:50 PM |
| **To:** | Robert L Barrows |
| **Subject:** | RE: RRNB 1290 and RRNB 8400 |

These are fine.  Please sign on my behalf.

**From:** Robert L Barrows <rbarrows@wdblaw.com>
**Sent:** Monday, January 25, 2021 2:43 PM
**To:** Trey White <treywhite@villawhite.com>
**Subject:** FW: RRNB 1290 and RRNB 8400

Trey:  Can you approve and return?

Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway, Suite 200
San Antonio, Texas 78215
Tel:  (210) 226-4131
Fax: (210) 224-6488

**\*\* NOTICE OF CHANGE OF ADDRESS \*\***

Please note that effective immediately, our new address is 800 Broadway, Suite 200, San Antonio, Texas  78215.  Please make sure you update your system so that we will continue to receive your mail.  Our phone numbers will remain the same.  Thank you.

The information contained in this e-mail transmission and any attachments is intended only for the use of the individual or entity named above. This transmission may contain information which is privileged, confidential and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are notified that any use, dissemination, distribution or copying of this transmission is strictly prohibited.  If you receive this transmission in error, please completely delete this transmission and any attachments, and contact me (collect) at the telephone number listed above.

**From:** Robert L Barrows
**Sent:** Wednesday, January 20, 2021 4:21 PM
**To:** Trey White (treywhite@villawhite.com) <treywhite@villawhite.com>
**Subject:** RRNB 1290 and RRNB 8400

Trey:

By attachment, please find proposed Agreed Orders with respect to the dismissal of RRNB 1290 and RRNB 8400.  I believe the proposed Agreed Orders are consistent with our agreement and I have approved each of them on behalf of the bank.  If you agree, please approve and submit for entry.